UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| LAURA A. JENNINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:11-cv-01609-JMS-MJD |
| | ) | |
| CITY OF INDIANAPOLIS, and INDIANAPOLIS FIRE & EMS DEPARTMENT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

# E N T R Y

## I.

On December 30, 2011, Plaintiff filed her Objection to a Magistrate. The objection [9] is frivolous and is **denied**. The reason the objection is frivolous is because it is premised on the plaintiff's misapprehension of the proper roles of judicial officers in federal civil litigation.

## II.

"Once a party invokes the judicial system by filing a lawsuit, it must abide by the rules of the court; a party cannot decide for itself when it feels like pressing its action and when it feels like taking a break because trial judges have a responsibility to litigants to keep their court calendars as current as humanly possible." *James v. McDonald's Corp.,* 417 F.3d 672, 681 (7th Cir. 2005), citing *GCIU Employer Ret. Fund v. Chicago Tribune Co.,* 8 F.3d 1195, 1198-99 (7th Cir. 1993)(internal quotations omitted). The plaintiff is **admonished** to take heed of the foregoing.

**IT IS SO ORDERED.**

Date: 01/09/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Laura A. Jennings**
**P.O. Box 18178**
**Indianapolis, IN 46218**

All electronically registered counsel